# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

United States District Court
Southern District of Texas
ENTERED

MAY 11 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RITA DEFAZIO | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-050 |
| | § | |
| SUBARU OF AMERICA, ET AL. | § | |

TYPE OF CASE:         __X__ CIVIL                          ____ CRIMINAL

**TAKE NOTICE** that the proceeding in this case has been continued as indicated below:

TYPE OF PROCEEDING:

**INITIAL PRETRIAL CONFERENCE**

PLACE:                                                          ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**        **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**

DATE AND TIME PREVIOUSLY SCHEDULED:         CONTINUED TO DATE AND TIME:

**MAY 18, 2000 AT 2:00 P.M.**                  **JUNE 6, 2000 AT 2:00 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   MAY 10, 2000

TO:     MR. TONY MARTINEZ
        MR. DAVID PRICHARD
        MR. KARL T. RIVAS
        MR. EDUARDO R. RODRIGUEZ
        MR. FRANK SABO
        MR. KYLE GIACCO
        MR. JAMES L. RAY