IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RITA DEFAZIO | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-050 |
| | § | |
| SUBARU OF AMERICA, ET AL. | § | |

## ORDER

On this day came on to be considered the **initial pretrial conference** in the above-entitled and numbered case, accordingly:

IT IS HEREBY ORDERED THAT:

(1) Plaintiff shall designate experts by **September 8, 2000.**
Defendants shall designate experts by **October 6, 2000.**

(2) Daubert hearing to be held **November 17, 2000 at 1:30 P. M.**

(3) All discovery in this case must be completed by **December 1, 2000.** If additional time is required, a motion requesting such extension must be filed no later than **November 3, 2000.** Failure to file such motion shall preclude further discovery.

(4) All other motions, including joinder of parties must be filed no later than ten (10) days after the completion of discovery.

(5) A joint pretrial order, which conforms to the requirements of Appendix B Local Rules for the United States District Court for the Southern District of Texas shall be filed no later than **December 15, 2000.**

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(6) A final pretrial and settlement conference is set for **December 15, 2000 at 1:30 P. M.**

(7) Final Pretrial is set for **January 4, 2001 at 8:30 A.M.** before Judge Filemon B. Vela.
Jury selection is set for **January 5, 2001 at 8:30 A.M.** before Judge Filemon B. Vela.

(8) Trial on the merits is set for **January 2001**, docket call.

DONE at Brownsville, Texas, on this 6th day of June, 2000.

                                                   _____
                                                   John Wm. Black
                                                   United States Magistrate Judge